# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT SMITH,<br><br>     *Plaintiff*,<br><br>v.<br><br>CAP OPERATIONS, INC., a Delaware business corporation; and S/S/G CORPO-RATION, a Wisconsin business corpora-tion;<br><br>     *Defendants*. | Case No. 3:16-cv-00722-bbc |

## PLAINTIFF'S RULE 41(a)(1) NOTICE
## OF DISMISSAL WITH PREJUDICE

Plaintiff Scott Smith through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the above-captioned De-fendants with prejudice. Because the Defendants have not served an Answer or a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED:  November 23, 2016

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
BROWNE LAW LLC
3749 Sunbury Alcove
Woodbury, MN 55125
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805

- 1 -